# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _8th_ DIVISION

## CIVIL COMPLAINT

Brian James Hooper
Family - Four dog companions.

Enter above the full name of Plaintiff or Plaintiffs in this action

VS.

Fred. M. Dierks and UMB
(United Missouri Bank).

Enter above the full name of Defendant or Defendants in this action

CASE NO. 07-0310-CV-W-DW

### I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff **BRIAN JAMES HOOPER**

   Address **1328 STERLING POINT DR.**
   **GULF BREEZE, FLORIDA 32563**

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant, **FRED M. DIERKS** is employed as **SELF** at **PRIVATE**.

C. Additional Defendants **DELOSS McKNIGHT, ROBERT PAREDES, TIMOTHY BARTLETT, JOHN GULAS, CLINT PATTERSON, CLYDE WENDEL, EARL TJADEN, STEPHEN PARRIS, DENNIS R. RILINGER, TYSON.**

1

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

INTENTIONAL NEGLIGENCE, BAD FAITH BREACH OF TRUST & DUTY, ABUSE OF DISCRETION, LOSS OF PERSPECTIVE GAIN, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, & MENTAL ANGUISH. PLEASE READ LETTER "IN FORMA PAUPERIS PRO SE PRAYER FOR RELIEF."

## III. Relief

State briefly exactly what you want the Court to do for you.

REMOVE LMB & FRED DIERKS AS MY TRUSTEES AND GIVE ME A "BARE" TRUSTEE ASSIGNED TO A "PASSIVE" TRUST, AND/OR PROVIDE ME COURT APPOINTED TRUSTEE AD-LITEM.

Make no legal arguments. Cite no cases or statutes.

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

 Yes G    No G

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

 Yes G    No G

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

LOSS OF PERSPECTIVE GAIN (DENIED MASTERS IN MATH IN 2003 AND MCSE CERTIFICATE IN 2004) — VIOLATED INTENT, INTENTIONAL ABUSE OF DISCRETION FOR UNJUST ENRICHMENT, BREACH OF TRUST, FIDUCIARY DUTY, BAD FAITH, FALSE LIGHT, WANTON NEGLIGENCE! =$2 MILLION. AND LACK OF INFORMED CONSENT, AND FAILURE TO PROVIDE ACCOUNTINGS.

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes G     No G

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

 Yes G    No G

2

B.  If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

FRED LEVIN (316 S. BAYLEN ST., SUITE 600, PENSACOLA FL 32502)
KATHERYN LOPER (625 N. NINTH AVE, PENSACOLA FL 32501)
MR. STEPHEN HIOTIS (231 S. BEMISTON, STE 1220, CLAYTON, MO 63105)
MR. DOUG CARTER (1220 WASHINGTON ST., KANSAS CITY, MO 64105)
PLUS MANY PREVIOUS WHO WERE SCARED OF DIERKS'S OCEANIC POCKETS!

C.  If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____
_____

VII.  **Administrative Procedures**

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

(Yes G)    No G

B.  If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

DEPARTMENT OF JUSTICE (6-2006, IN LETTER FORM)
OFFICE OF THE COMPTROLLER OF THE CURRENCY. (4-16-06, ACCORDING TO INSTRUCTIONS). IRS - CRIMINAL INVESTIGATIONS (4-25-06).
NO RESPONSE WAS GIVEN EXCEPT THE O.C.C. STATED I SHOULD RETAIN A LAWYER TO PRESERVE MY RIGHTS. I CAN'T AFFORD A LAWYER AND THE UMB KNOWS IT!

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____
_____
_____
_____

Signed this  21  day of  March , 20 07

_____
Signature of Plaintiff or Plaintiffs

3

# VERIFICATION

State of _FLORIDA_  )
                    )
County of _SANTA ROSA_  )

    _BRIAN J. HOOPER_, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

                                   _/s/ Brian J. Hooper_
                                   Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _21st_ day of _March_, 20_07_

_/s/ Amy W. Cochran_
Notary Public

```
AMY W. COCHRAN
Notary Public - State of Florida
My Commission Expires Feb 18, 2010
Commission # DD 483310
Bonded By National Notary Assn.
```

_2-18-10_
My Commission Expires

4