IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Brian James Hooper, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 07-00310-CV-W-DGK |
| | ) | |
| vs. | ) | Date:   12/30/08 |
| | ) | |
| UMB Bank, N.A., as Custodial Trustee, | ) | |
| and Fred M. Dierks, as Investment Trustee, | ) | |
| | ) | |
| Defendant(s). | ) | |

MINUTE SHEET

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
========================================================================
Nature of Proceeding: Settlement Teleconference
Time Commenced: 2:00 p.m.        Time Terminated: 2:10 p.m.
 **Actual Time**: 10 minutes

**Plaintiff(s) by**:
Appearing Pro Se

**Defendant(s) by:**
Marc D. McKay

**Remarks:** Teleconference held regarding the pending motion for order approving settlement. Plaintiff agrees to settlement with prejudice.  A written order granting the motion and approving the settlement will be forthcoming.

Court Reporter: Regina McBride                Courtroom Deputy: Alex Francis